ACCEPTED
14-15-00557-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 9:01:20 AM
CHRISTOPHER PRINE
CLERK

# IN THE FOURTEENTH COURT OF APPEAL FOR THE STATE OF TEXAS

PAMELA GREANEY,
Appellant

V.

THE STATE OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 9:01:20 AM
CHRISTOPHER A. PRINE
Clerk

NO. 14-15-00557-CR

## APPELLANT'S MOTION FOR WITHDRAWAL OF NOTICE OF APPEAL

TO THE HONORABLE JUSTICES OF THE FOURTENTH COURT OF APPEALS:

COMES NOW, PAMELA GREANEY, by and through her attorney, and files this her Motion for withdrawal of notice of appeal and in support respectfully shows:

1. On June 9, 2015, appellant, Pamela Greaney, filed a notice of appeal from the State of Texas v. Pamela Greaney heard in the 8th Criminal County Court at Law of Harris County, Texas entered on May 22, 2015.

2. Appellant desires dismissal of this appeal because appellant no longer wishes to pursue an appeal.

3. The court has not issued an opinion in this case.

Prayer for Relief

Therefore, appellant respectfully requests that the court grant this motion and dismiss this appeal,.

Respectfully submitted,

PAUL DOYLE & ASSOCIATES

By: _____

Trevor Sharon
SBN 24086579

440 Louisiana St # 2300
Houston, Texas 77002
(713) 228-9200
FAX (713) 228-9203
trevor@pauldoylelaw.com

**ATTORNEY FOR THE APPEALANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been delivered to the Assistant District Attorney presently assigned to this case on this 24th day of August, 2015.

Trevor Sharon